IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | |
| SAMUEL SWEELEY | * | Case No.: TDC 23-CR-00381-1 |
| Defendant | * | |

\* \* \* \* \* \* \*

**<u>DEFENDANT'S RESPONSE TO OBJECTIONS IN PRESENTENCE REPORT</u>**

NOW COMES, SAMUEL SWEELEY, Defendant, by and through his attorney, CHARLES L. WAECHTER, ESQUIRE, respectfully states as follows:

1. That the Defendant through counsel has no objections to any material information, sentencing classifications, advisory sentencing guideline ranges, or policy statements contained in or omitted from the presentence report filed in the above-captioned matter.

Respectfully submitted,

_____
SAMUEL SWEELEY

_____
CHARLES L. WAECHTER, ESQUIRE
Law Offices of Charles L. Waechter
1435 Sulphur Spring Road, 1st Floor
Baltimore, Maryland 21227
(410) 242-4745 (Office)
(410) 242-4764 (Facsimile)
waechterlaw@comcast.net

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this __22nd__ day of __April__, 2024, a copy of the foregoing electronically filed, to:

United States Attorney, District of Maryland
Shabnam Aryana
6406 Ivy Lane, Suite 800
Greenbelt, Maryland 20770

Probation Erik Finneyfrock
U.S. Probation
Baltimore, Maryland

_____
CHARLES L. WAECHTER, ESQUIRE
Law Offices of Charles L. Waechter
1435 Sulphur Spring Road, 1st Floor
Baltimore, Maryland 21227
(410) 242-4745 (Office)
(410) 242-4764 (Facsimile)
waechterlaw@comcast.net